IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) | Bankr. BAP No. 24-0053 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| RANDY MOTT, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1035-GBW |
| | ) | |
| GEORGE L. MILLER, solely in his capacity as the Chapter 7 Trustee of the estate of TEAM SYSTEMS INTERNATIONAL, LLC, GPDEV LLC and SIMONS EXPLORATION, INC., | ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

At Wilmington, Delaware, this **17th day of October 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE